# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CYNTHIA SUZANNE SOUTHERLAND, ) ) ) | CIVIL ACTION FILE NO.: 4:10-cv-00165-HLM-WEJ |
| Plaintiff, ) ) | |
| vs. ) ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, as assignee and purchaser of CITIBANK, ) ) ) ) | |
| Defendant. ) | |

## NOTICE OF DISMISSAL

COMES NOW Cynthia Southerland, by and through counsel, and hereby files this Notice of Dismissal in accordance FRCP 41 (a)(1) and LR 41.1. Plaintiff shows that as of the date of this notice the Defendant has not filed an Answer.

Respectfully submitted this 14th day of February, 2011.

**BERRY & ASSOCIATES**

_____
Timothy H. Paschall
Georgia Bar Number: 565670
Attorney for Plaintiff
2751 Buford Highway

Page 1

Suite 400
Atlanta, Georgia 30324
(404) 235-3300
Fax: (404) 235-3333
Tim@MattBerry.com

Served by first-class regular mail:

Kevin Duffan, Esq.
Attorney for Defendant
Portfolio Recovery Associates, LLC.
140 Corporate Boulevard
Norfolk, VA 23502

Page 2

Case 4:10-cv-00165-HLM-WEJ Document 4 Filed 02/14/11 Page 3 of 3

Page 3